**Fill in this information to identify the case:**

Debtor 1       <u>Sophia Michelle Evins</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:       <u>Southern District of Mississippi</u>
State

Case number      <u>24-50557-KMS</u>

Official Form 410S1

# Notice of Mortgage Payment Change                                            12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**      **Planet Home Lending, LLC**                **Court claim no.** (if known): **7**

**Last 4 digits** of any number you use to identify the debtor's account:       **1110**

**Date of payment change:**
Must be at least 21 days after date of this notice       **04/01/2026**

**New total payment:**
Principal, interest, and escrow, if any       **$ 1,387.02**
*For HELOC payment amounts, see Part 3*

## Part 1:       Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ **645.87**                **New escrow payment:** $ **595.24**

## Part 2:       Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %                **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____                **New principal and interest payment:** $ _____

Debtor 1     Sophia Michelle Evins                                    Case number (if known) 24-50557-KMS
             First Name        Middle Name        Last Name

---

## Part 3:     Annual HELOC Notice

**3.  Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No

☐ Yes.

Current HELOC payment:                         $ _____

Reconciliation amount:              + $ _____  or

                                    - $ _____

Amount of next payment (including reconciliation amount)                          $ _____

Amount of the new payment thereafter (without reconciliation amount)        $ _____

---

## Part 4:     Other Payment Change

**4.  Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  *(Court approval may be required before the payment change can take effect.)*

Reason for change:  _____

Current mortgage payment:      $ _____              New mortgage payment:         $ _____

---

## Part 5:     Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

𝒳 /s/ Natalie Brown                                      Date    04/07/26
     Signature

Print:     Natalie Brown                                 Title    Attorney for Creditor
           First Name      Middle Name      Last Name

Company    Rubin Lublin, LLC

Address    3145 Avalon Ridge Place, Suite 100
           Number          Street
           Peachtree Corners, GA 30071
           City                  State      ZIP Code

Contact phone (877) 813-0992                             Email    nbrown@rlselaw.com

---

Official Form 410S1                     **Notice of Mortgage Payment Change**                     Page **2**



**Planet Home Lending**
WE'LL GET YOU HOME

321 Research Parkway, Suite 303
Meriden, CT 06450

**ADDRESS SERVICE REQUESTED**

SOPHIA EVINS
1307 PAWNEE ST
PASCAGOULA MS 39581

**ANNUAL ESCROW ACCOUNT
DISCLOSURE STATEMENT**

Analysis Date:                              02/03/2026
Loan Number:

Borrower Name:                              SOPHIA EVINS

Customer Service:
Monday through Friday, 8:30 a.m. to 9:00 p.m. Eastern Time

Visit Our Website at: **www.planethomelending.com**
Email: cs@myloansupport.com

Planet Home Lending, LLC ("Planet") has reviewed your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay items such as property taxes, mortgage insurance and homeowner's insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

### 1. What is the amount of my new monthly payment starting April 01, 2026 ?

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $791.78 | $791.78 | $0.00 |
| Escrow | $645.87 | $595.24 | -$50.63 |
| **Total Monthly Payment** | **$1,437.65** | **$1,387.02** | **-$50.63** |

- **Note:** If you currently use a bill pay service to make your monthly payments, please update the amount scheduled for submission in April to reflect the new payment listed above. If you are currently set up on automatic payments with Planet, your April payment will automatically be adjusted to include the above escrow amount(s).

- *If you have an adjustable rate mortgage the New Payment Amount may not reflect any pending changes to the Principal and Interest portion of your payment.*

\* For customers in a Chapter 11 or 13 bankruptcy, this amount may not reflect payments made to the trustee. Please contact your attorney or Trustee if you have any questions.

### 2. What are the most common reasons that my escrow payment may change from year to year?

**A. Increases or Decreases in Amounts Billed** – the amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance, and homeowner's insurance premiums. The information below compares the amounts Planet expected to pay for each item this past year from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Expected Amounts Due | Actual Amounts Due | Difference |
|---|---|---|---|
| COUNTY | $1,485.86 | $794.96 | -$690.90 |
| FHA RBP | $1,068.36 | $1,052.64 | -$15.72 |
| FLOOD INSURA | $1,584.00 | $1,751.00 | $167.00 |
| HOMEOWNERS | $3,612.18 | $3,544.20 | -$67.98 |
| **Total Annual Escrow Payments** | **$7,750.40** | **$7,142.80** | **-$607.60** |
| **Monthly Escrow Payments** | **$645.87** | **$595.24** | **-$50.63** |

**B. Repayment of Escrow Shortage or Surplus** – According to the projections shown in Table 1 on the reverse side, your escrow account will rise above the minimum required balance of $1,015.03 in January. This means you will have a *surplus* of $1,159.46 in your escrow account.

| Projected Low Escrow Balance | | Allowed Low Escrow Balance | | Surplus |
|---|---|---|---|---|
| -$73.49 | *minus* | $1,015.03 | *equals* | $1,159.46 |

---

**Loan Number:**

**Name:** SOPHIA EVINS

**Surplus Amount: $1,159.46**

## ESCROW SURPLUS SUMMARY

If your loan is current, a check for the surplus amount will follow under separate cover. If you have any questions, please contact our Customer Service Department at



**Planet Home Lending**
WE'LL GET YOU HOME

321 Research Pkwy, Ste 303
Meriden CT  06450

Loan Number: ▮▮▮▮▮▮

**NEW PAYMENT EFFECTIVE DATE: April 01, 2026**

## COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown. If you want a further explanation or would like to request another analysis this computation year, please call our toll-free number.

**Unless limited by state law, Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.**

**Please keep this statement for comparison with the actual activity in your escrow account at the end of the escrow accounting computation year.**

### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Required Balance | Projected Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | $2,029.99 | $941.47 |
| April 26 | 595.24 | 87.72 | FHA RBP | 2,537.51 | 1,448.99 |
| May 26 | 595.24 | 87.72 | FHA RBP | 3,045.03 | 1,956.51 |
| June 26 | 595.24 | 87.72 | FHA RBP | 3,552.55 | 2,464.03 |
| July 26 | 595.24 | 87.72 | FHA RBP | 4,060.07 | 2,971.55 |
| August 26 | 595.24 | 87.72 | FHA RBP | 4,567.59 | 3,479.07 |
| September 26 | 595.24 | 87.72 | FHA RBP | 5,075.11 | 3,986.59 |
| October 26 | 595.24 | 87.72 | FHA RBP | 5,582.63 | 4,494.11 |
| November 26 | 595.24 | 87.72 | FHA RBP | 6,090.15 | 5,001.63 |
| December 26 | 595.24 | 87.72 | FHA RBP | 6,597.67 | 5,509.15 |
| January 27 | 595.24 | 87.72 | FHA RBP | 7,105.19 | 6,016.67 |
| January 27 | 0.00 | 794.96 | COUNTY | 6,310.23 | 5,221.71 |
| January 27 | 0.00 | 3,544.20 | HOMEOWNERS | 2,766.03 | 1,677.51 |
| January 27 | 0.00 | 1,751.00 | FLOOD INSURA | 1,015.03 | -73.49 |
| February 27 | 595.24 | 87.72 | FHA RBP | 1,522.55 | 434.03 |
| March 27 | 595.24 | 87.72 | FHA RBP | 2,030.07 | 941.55 |

** Low Balance used to determine escrow overage or shortage.

### TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Payments to Escrow Account — Projected | Payments to Escrow Account — Actual | Payments from Escrow Account — Projected | Payments from Escrow Account — Actual | Description | Escrow Account Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | -$3,629.57 |
| May 25 | 645.87 | 0.00 * | 89.03 | 0.00 * | FHA RBP | -3,629.57 |
| May 25 | 0.00 | 0.00 | 0.00 | 89.03 * | FHA RBP | -3,718.60 |
| June 25 | 645.87 | 503.85 * | 89.03 | 0.00 * | FHA RBP | -3,214.75 |
| June 25 | 0.00 | 0.00 | 0.00 | 89.03 * | FHA RBP | -3,303.78 |
| July 25 | 645.87 | 503.85 * | 89.03 | 0.00 * | FHA RBP | -2,799.93 |
| July 25 | 0.00 | 0.00 | 0.00 | 89.03 * | FHA RBP | -2,888.96 |
| August 25 | 645.87 | 1,007.70 * | 89.03 | 0.00 * | FHA RBP | -1,881.26 |
| August 25 | 0.00 | 0.00 | 0.00 | 89.03 * | FHA RBP | -1,970.29 |
| September 25 | 645.87 | 503.85 * | 89.03 | 0.00 * | FHA RBP | -1,466.44 |
| September 25 | 0.00 | 0.00 | 0.00 | 89.03 * | FHA RBP | -1,555.47 |
| October 25 | 645.87 | 503.85 * | 89.03 | 0.00 * | FHA RBP | -1,051.62 |
| October 25 | 0.00 | 0.00 | 0.00 | 89.03 * | FHA RBP | -1,140.65 |
| November 25 | 645.87 | 503.85 * | 89.03 | 0.00 * | FHA RBP | -636.80 |
| November 25 | 0.00 | 0.00 | 0.00 | 89.03 * | FHA RBP | -725.83 |
| December 25 | 645.87 | 2,299.44 * | 89.03 | 0.00 * | FHA RBP | 1,573.61 |
| December 25 | 0.00 | 0.00 | 0.00 | 89.03 * | FHA RBP | 1,484.58 |
| December 25 | 0.00 | 0.00 | 0.00 | 3,544.20 * | HAZARD INS | -2,059.62 |
| December 25 | 0.00 | 0.00 | 0.00 | 1,751.00 * | FLOOD INS | -3,810.62 |
| January 26 | 645.87 | 0.00 * | 89.03 | 0.00 * | FHA RBP | -3,810.62 |
| January 26 | 0.00 | 0.00 | 1,485.86 | 1,589.92 * | COUNTY | -5,400.54 |
| January 26 | 0.00 | 0.00 | 3,612.18 | 0.00 * | HOMEOWNERS | -5,400.54 |
| January 26 | 0.00 | 0.00 | 1,584.00 | 0.00 * | FLOOD INSURA | -5,400.54 |
| January 26 | 0.00 | 0.00 | 0.00 | 89.03 * | FHA RBP | -5,489.57 |
| February 26 | 645.87 | 5,961.92 E | 89.03 | 89.03 E | FHA RBP | 383.32 |
| March 26 | 645.87 | 645.87 E | 89.03 | 87.72 E | FHA RBP | 941.47 |
| **Totals** | **$7,104.57** | **$12,434.18** | **$7,661.37** | **$7,863.14** | | |

Loan Number:

**NEW PAYMENT EFFECTIVE DATE: April 01, 2026**

ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This communication is being sent for compliance and/or informational purposes only, and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this communication constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the US Bankruptcy Code. Planet Home Lending, LLC retains its rights under its security instrument, including the right to foreclose its lien.

**Borrowers who are not in bankruptcy or who have not received a discharge in bankruptcy, please be advised that Planet Home Lending, LLC is a debt collector attempting to collect a debt and any information obtained may be used for that purpose.**

<u>CERTIFICATE OF SERVICE</u>

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Sophia Michelle Evins
1307 Pawnee St
Pascagoula, MS 39581

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Warren A. Cuntz T1, Jr., Trustee
P. O. Box 3749
Gulfport, MS 39505-3749

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Executed on 04/07/26

By: <u>/s/ Natalie Brown</u>
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor