## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:                                                CHAPTER 13
SOPHIA MICHELLE EVINS                                 CASE NO.:  24-50557-KMS

### TRUSTEE'S NOTICE & MOTION TO DISMISS CASE FOR NON-PAYMENT

**PLEASE TAKE NOTICE** that a written Response to the Trustee's Notice and Motion to Dismiss Case for Non-Payment must be filed with the U.S. Bankruptcy Court Clerk's Office, Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, within twenty-one (21) days of the date of this Notice.  Failure to timely file a Response will result in case dismissal.  A Response will result in the Motion being set for hearing on:  **Thursday, July 9th, 2026, at 10:00 a.m**., at the foregoing Court location, 7th Floor, Bankruptcy Courtroom.

1.  The Chapter 13 Trustee moves to dismiss the instant case for non-payment.  Debtor(s) current plan payment **default through May 2026 totals $7,988.00.**

**WHEREFORE PREMISES CONSIDERED** the Trustee requests dismissal of the instant case for failure to make plan payments as required by 11 U.S.C. § 1307.

### CERTIFICATE OF SERVICE

I, **WARREN A. CUNTZ, JR.,** Chapter 13 Trustee, certify that I have served electronically a true and correct copy of the above Notice and Motion to Dismiss Case for Non-Payment to:

**David W. Ashbach, Esq., United States Trustee**      **USTPRegion05.JA.ECF@usdoj.gov**
**Thomas Carl Rollins, Jr., Esq., Atty for Debtor**      **trollins@therollinsfirm.com**

DATED this the 11th day of June 2026.

/s/ Warren A. Cuntz, Jr.
Chapter 13 Trustee
P O Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902
Email:  wcuntzcourt@gport13.com