**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**


IN RE:                                                    CHAPTER 13
SOPHIA MICHELLE EVINS                                     CASE NO.:  24-50557-KMS


### ORDER DISMISSING CASE FOR NON-PAYMENT

THIS MATTER came on for consideration of the Trustee's Notice and Motion to Dismiss Case for Non-Payment (Dkt.     ), and the Court finding that no timely Response to the Motion was filed, orders and adjudicates as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Trustee's Motion to Dismiss Case for Non-Payment (Dkt.     ) is granted and Debtor(s) Chapter 13 bankruptcy case is hereby dismissed.

##END OF ORDER##

Submitted by:

**Warren A. Cuntz, Jr.**
**Chapter 13 Trustee**
P.O. Box 3749
Gulfport, MS  39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902
Email:  wcuntzcourt@gport13.com