# Proceeding Minutes / Proceeding Memo

**Case #:** 24-50557          **Case Name:** Sophia Michelle Evins

**Set:** 07/09/2026 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 6/11/2026 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 07/2/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.  (Dkt. #31)

---

Minute Entry Re: (related document(s): [31] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 07/23/2026. Email received from Cuntz's office. (mcc)