_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE:**                                                                 **CHAPTER 13**
**SOPHIA MICHELLE EVINS**                                 **CASE NO. 24-50557-KMS**

### ORDER RELEASING EARNINGS OF DEBTOR
### SOPHIA MICHELLE EVINS (SSN # XXX-XX-0169)

THE ORDER **(Dkt. 27)** heretofore entered in these proceedings by which the debtor's employer:

> **Pascagoula Gautier Schools**
> **1006 Community Ave**
> **Pascagoula MS 39567**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**