United States Bankruptcy Court

Southern District of Mississippi

In re:

Sophia Michelle Evins

     Debtor

Case No. 24-50557-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: ntcdsm | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sophia Michelle Evins, 1307 Pawnee St, Pascagoula, MS 39581-2463 |
| cr | + | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5360097 | + | Check Now, 2809-A US 90, Gautier, MS 39553-5113 |
| 5360101 | + | Klamark Legal Center, 445 Marine View Ave, Del Mar, CA 92014-3926 |
| 5361529 | + | Robert Alan Byrd, Esq., Byrd & Wiser, Attorneys at Law, for Keesler Federal Credit Union, 145 Main Street, Biloxi, MS 39530-4333 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5360094 | + | Email/Text: kendall@leaseaarons.com | Jul 07 2026 19:54:00 | Aaron's, 3168 Bienville Blvd, Ocean Springs, MS 39564-5731 |
| 5360095 | + | Email/Text: bnc@teampurpose.com | Jul 07 2026 19:54:00 | Advance America, 2516 A Denny Ave, Pascagoula, MS 39567-2413 |
| 5386403 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 19:58:52 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5360096 | + | EDI: CAPITALONE.COM | Jul 07 2026 23:51:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5360098 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2026 19:58:52 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5382598 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 07 2026 19:54:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 5360099 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 07 2026 19:54:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 5360100 | + | Email/Text: melissa.martin@kfcu.org | Jul 07 2026 19:54:00 | Keesler FCU, Attn: Bankruptcy, Po Box 7001, Biloxi, MS 39534-7001 |
| 5361682 | + | Email/Text: melissa.martin@kfcu.org | Jul 07 2026 19:54:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5386402 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 19:58:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5360103 | | Email/Text: EBN@Mohela.com | Jul 07 2026 19:53:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5360102 | + | Email/Text: brussell@meridianmutualfcu.com | Jul 07 2026 19:54:00 | Meridian Mcu, Pob 310, Meridian, MS 39302-0310 |
| 5367648 | + | Email/Text: BKNC@rlselaw.com | Jul 07 2026 19:53:00 | Natalie Brown, Esq., Rubin Lublin, LLC, for Planet Home Lending, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: ntcdsm | Total Noticed: 22 |

| 5360104 | + Email/Text: BKMAIL@planethomelending.com | Jul 07 2026 19:53:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
|---|---|---|---|
| 5360942 | + Email/Text: bnc@teampurpose.com | Jul 07 2026 19:54:00 | Purpose Financial Inc, PO Box 3058, Spartanburg SC 29304-3058 |
| 5365696 | + Email/Text: newbk@Regions.com | Jul 07 2026 19:54:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5365487 | ^ MEBN | Jul 07 2026 19:52:29 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Planet Home Lending, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Natalie Kareda Brown | on behalf of Creditor Planet Home Lending  LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sophia Michelle Evins trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  24–50557–KMS
Chapter:  13

In re:

Sophia Michelle Evins
1307 Pawnee St
Pascagoula, MS 39581

Last four digits of Social–Security or Individual Tax–Payer–Identification (ITIN) No(s)., (if any):
xxx–xx–0169

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on July 7, 2026.

Dated: 7/7/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790