United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 24-50557-KMS

Sophia Michelle Evins                                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                              Page 1 of 2

Date Rcvd: Jul 07, 2026                       Form ID: pdf012                           Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

**Recip ID            Recipient Name and Address**
db            + Sophia Michelle Evins, 1307 Pawnee St, Pascagoula, MS 39581-2463

              Pascagoula Gautier Schools, 1006 Community Ave, Pascagoula, MS 39567

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name            Email Address**

Natalie Kareda Brown

       on behalf of Creditor Planet Home Lending  LLC nbrown@rlselaw.com,
       lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com

Robert Alan Byrd

       on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr

       on behalf of Debtor Sophia Michelle Evins trollins@therollinsfirm.com
       jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

       USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

       wcuntzcourt@gport13.com  waccourt1@gmail.com

District/off: 0538-6                    User: mssbad                    Page 2 of 2
Date Rcvd: Jul 07, 2026                 Form ID: pdf012                 Total Noticed: 2
TOTAL: 5

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**IN RE:**                                                          **CHAPTER 13**
**SOPHIA MICHELLE EVINS**                              **CASE NO. 24-50557-KMS**

### ORDER RELEASING EARNINGS OF DEBTOR
**SOPHIA MICHELLE EVINS (SSN # XXX-XX-0169)**

THE ORDER **(Dkt. 27)** heretofore entered in these proceedings by which the debtor's employer:

> **Pascagoula Gautier Schools**
> **1006 Community Ave**
> **Pascagoula MS 39567**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**